IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ZARATE,<br><br>      Petitioner,<br><br>  v.<br><br>ERIC CARDIN, Acting Warden,<br><br>      Respondent. | No. C 14-4007 CW (PR)<br><br>ORDER DIRECTING CLERK TO REASSIGN THIS CASE TO MAGISTRATE JUDGE |

    The Clerk shall reassign this petition for a writ of habeas corpus to a magistrate judge, Petitioner having consented to magistrate judge jurisdiction.  See Doc. no. 1 at 7.

    IT IS SO ORDERED.

Dated:  9/8/2014

                                  CLAUDIA WILKEN<br>
                                  United States District Judge